DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON JACOBS,**
Appellant,

v.

**DYCK-O'NEAL, INC.,**
Appellee.

No. 4D17-1181

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE14-007526 (08).

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellant.

David M. Snyder of David M. Snyder, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***